# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MICHAEL SHANE SPRINGER**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:24-cv-02005-JTF-atc |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| **COLLETTE PETERS, M. FULGUM, and** ) | |
| **JAMES WILLIAMS,** ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, in accordance with the Order Dismissing Petition Under 28 U.S.C.§ 2241 (ECF No. 1) With Prejudice, Denying Pending Motions (ECF Nos. 2 & 7) As Moot, Certifying That An Appeal Would Not Be Taken In Good Faith, And Denying Leave To Appeal *In Forma Pauperis*, which was docketed on August 21, 2024, this action is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE


August 21, 2024
DATE